[No. 38868-5-II. Division Two. January 4, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM GLEN SMITH, *Appellant*.

 *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Sweeney, J., concurred in by Penoyar, C.J., and Worswick, J.

[No. 39104-0-II. Division Two. January 4, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES AARON WENNER, *Appellant*.

 *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Bridgewater, J.

[No. 39175-9-II. Division Two. January 4, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ANGELA PARKER, *Appellant*.

 *Reversed* and *remanded with instructions* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J.; Quinn-Brintnall, J., dissenting.